**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
REPUBLIC OF ARGENTINA,                  )
                                        )
             Petitioner,                )
                                        )
   v.                                   )  Civil Action No. 08-485 (RBW)
                                        )
BG GROUP PLC,                           )
                                        )
             Respondent.                )
_____)

**ORDER**

    In accordance with the Memorandum Opinion issued on this same date, it is

    **ORDERED** that the Order issued by the Court on March 31, 2010, is **VACATED**. It is further

    **ORDERED** that the stay in this case is **LIFTED**, and the case is **ADMINISTRATIVELY REOPENED**. It is further

    **ORDERED** that the petitioner's Petition to Vacate or Modify Arbitration Award is **DENIED**. It is further

    **ORDERED** that the respondent's Cross-Motion for a Pre-Judgment Bond is **DENIED** as moot. It is further

    **ORDERED** that the petitioner shall file a supplemental memorandum explaining its reasons why the Court should refrain from confirming the Award pursuant to Article V(1)(c) of the New York Convention, if any it intends to file, on or before June 30, 2010. It is further

2

**ORDERED** that the respondent shall file its memorandum in opposition to the petitioner's supplemental memorandum, if any it intends to file, on or before July 21, 2010.  It is further

**ORDERED** that the petitioner shall file its brief in reply to the respondent's opposition memorandum, if any it intends to file, on or before July 30, 2010.  It is further

**ORDERED** that the parties shall appear before the Court at 9:30 a.m. on August 13, 2010, for a hearing on the merits of the respondent's motion to confirm the Award.

**SO ORDERED** this 7th day of June, 2010.

REGGIE B. WALTON<br>
United States District Judge