# UNITED STATES DISTRICT COURT
для the
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ARGENTINE REPUBLIC, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BG GROUP PLC, )<br>)<br>Respondent. )<br>) | Case No. 08-485 (RBW) |

## NOTICE OF APPEAL

Notice is hereby given that The Argentine Republic, petitioner in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order dated June 7, 2010 that denied petitioner's Petition to Vacate or Modify an arbitration award entered in this action on June 7, 2010.

Date:  June 23, 2020       /s/ *John P. Gleason*
       New York, New York   /s/ *Fernando Koatz*
                            John P. Gleason
                            Fernando Koatz

**TO**: Clerk of the Court

                                        Gleason & Koatz, LLP
  Paul L. Yde, Esq.                     122 East 42nd Street
  Freshfields Bruckhaus Deringer US LLP New York, New York 10168
  701 Pennsylvania Avenue, N.W.         (212) 986-1544
  Washington, D.C. 20004                jgleason@gleasonkoatz.com
  Attorneys for Respondent BG Group PLC fkoatz@gleasonkoatz.com
                                        Attorneys for Petitioner The Argentine Republic