APPEAL, CLOSED, STAYED, TYPE–E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:08−cv−00485−RBW
### *Internal Use Only*

REPUBLIC OF ARGENTINA v. BG GROUP PLC  
Assigned to: Judge Reggie B. Walton  
Cause: 09:0010 Petition to Vacate Arbitration Award

Date Filed: 03/21/2008  
Date Terminated: 03/31/2010  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Petitioner**

**REPUBLIC OF ARGENTINA**  represented by  **Paul Saul Haar**  
LAW OFFICE OF PAUL HAAR  
1150 Connecticut Avenue, NW  
9th Floor  
Washington, DC 20036  
(202) 862−4328  
Fax: (202) 862−4397  
Email: paulhaar@aol.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Fernando Koatz**  
GLEASON &KOATZ  
230 Park Avenue  
Suite 2430  
New York, NY 10169  
(212) 986−1544  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**John P. Gleason**  
GLEASON &KOATZ, LLP  
122 East 42nd Street  
Suite 519  
New York, NY 10168  
(212) 986−1544  
Fax: (212) 986−1379  
Email: jgleason@gleasonkoatz.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**BG GROUP PLC**  represented by  **Paul Laurence Yde**  
FRESHFIELDS BRUCKHAUS

DERINGER,LLP
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
(202) 777–4530
Fax: (202) 777–4555
Email: paul.yde@freshfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander A. Yanos**
FRESHFIELDS BRUCKHAUS
SERINGER US LLP
520 Madison Avenue
34th Floor
New York, NY 10022
(212) 277–4000
Fax: (212) 277–4001
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elliot Friedman**
FRESHFIELDS BRUCKHAUS
SERINGER US LLP
520 Madison Avenue
34th Floor
New York, NY 10022
(212) 277–4000
Fax: (212) 277–4001
Email: elliot.friedman@freshfields.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/21/2008 | 1 | | PETITION TO VACATE OR MODIFY ARBITRATION AWARD ( Filing fee $ 350 receipt number 4616011167.) filed by REPUBLIC OF ARGENTINA. (Attachments: # 1 Civil Cover Sheet, # 2 Declaration in Support of Petition, # 3 Affidavit of Fernando Koatz, # 4 Exhibit A, # 5 Exhibit B)(jf, ) (Entered: 03/25/2008) |
| 03/21/2008 | 2 | | NOTICE of Filing by REPUBLIC OF ARGENTINA re 1 Petitioner to Vacate Arbitration Award. (jf, ) (Entered: 03/25/2008) |
| 03/24/2008 | 3 | | MOTION for Extension of Time to Serve the Petition Filed in this Action Upon Respondent by REPUBLIC OF ARGENTINA (Attachments: # 1 Declaration of Service by John Gleason, # 2 Declaration of Paul Haar, # 3 Declaration of Patricia Barron, # 4 Memorandum of Law, # 5 Text of Proposed Order, # 6 Exhibit A BG v. Argentina Award (English) 12.24.07, # 7 Exhibit B Notice of Arbitration 04.25.03; translation; certification, # 8 Exhibit C Petition to Vacate or Modify Arbitration Award, # 9 Exhibit D Notice of Filing Petition to Vacate 03.21.08, # 10 Exhibit E Fernando Koatz Affidavit 03.21.08)(nmw, ) (Entered: |

| | | | |
|---|---|---|---|
| | | | 03/25/2008) |
| 03/25/2008 | 5 | | ENTERED IN ERROR.....MOTION for Extension of Time to serve the petition upon respondent by REPUBLIC OF ARGENTINA (Attachments: # 1 Memorandum of Law In Support, # 2 Text of Proposed Order, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Declaration Paul Haar, # 9 Declaration of Service)(td, ) Modified on 3/31/2008 (td, ). (Entered: 03/28/2008) |
| 03/25/2008 | | | NOTICE OF CORRECTED DOCKET ENTRY: 5 was entered in error already on docket as document no. 3 .(td, ) (Entered: 03/31/2008) |
| 03/28/2008 | | | MINUTE ORDER granting 3 Motion for Extension of Time. The Court having reviewed the petitioner's Motion for an Order Extending the Time to Effect Service of Process Pursuant to [Federal Rule of Civil Procedure] 6(b), and it appearing to the Court that there is good cause to grant the relief requested therein, it is ORDERED that the petitioner's Motion for an Order Extending the Time to Effect Service of Process Pursuant to [Federal Rule of Civil Procedure] 6(b) is GRANTED. It is further ORDERED that the petitioner shall file proof of executed service of process on or before August 29, 2008. It is further ORDERED that this case is ADMINISTRATIVELY CLOSED until August 29, 2008, or until the petitioner files proof of executed service of process, whichever occurs first. Signed by Judge Reggie B. Walton on 3/28/08. (lcrbw3, ) Modified on 3/28/2008 (lcrbw3, ). (Entered: 03/28/2008) |
| 03/28/2008 | | | Set/Reset Deadlines: Service of Process due by 8/29/2008. (mpt, ) (Entered: 03/28/2008) |
| 03/28/2008 | 4 | | First MOTION for Leave to Appear Pro Hac Vice :Attorney Name– John P. Gleason, :Firm– Gleason &Koatz, LLP, :Address– 230 Park Avenue, New York, New York 10169. Phone No. – 212–986–1544. Fax No. – 212–986–1379 by REPUBLIC OF ARGENTINA (Attachments: # 1 Declaration by John P. Gleason in Support of Motion to Appear Pro Hac Vice, # 2 Declaration of Service, # 3 Text of Proposed Order)(Gleason, John) (Entered: 03/28/2008) |
| 03/28/2008 | | | MINUTE ORDER denying 4 Motion for Leave to Appear Pro Hac Vice. It appearing to the Court that John P. Gleason, Esq., of Gleason &Koatz, LLP, 230 Park Suite 2430, New York, NY 10169 has failed to "file a motion signed by a sponsoring member of the Bar of this Court" in support of his application for admission to practice before this Court pro hac vice as required by Local Civil Rule 83.2(d), it is ORDERED that the request of John P. Gleason, Esq., of Gleason &Koatz, LLP, 230 Park Suite 2430, New York, NY 10169 to appear before this Court pro hac vice is DENIED without prejudice. Signed by Judge Reggie B. Walton on 3/28/08. (lcrbw3, ) (Entered: 03/28/2008) |
| 04/01/2008 | 6 | | First MOTION for Leave to Appear Pro Hac Vice :Attorney Name– John P. Gleason, :Firm– Gleason &Koatz LLP, :Address– 230 Park Avenue, New York, New York 10169. Phone No. – 212–986–1544. Fax No. – 212–986–1379 by REPUBLIC OF ARGENTINA (Attachments: # 1 Declaration of Paul Haar in Support of Motion, # 2 Declaration of Service, # 3 Exhibit A: Declaration of John P. Gleason, # 4 Exhibit B: Certificate of Good Standing New York, # 5 Exhibit C: Certificate of Good Standing New Jersey, # 6 Text of Proposed Order)(Gleason, John) (Entered: 04/01/2008) |

| | | | |
|---|---|---|---|
| 04/04/2008 | 7 | | ORDER denying 6 Motion for Leave to Appear Pro Hac Vice. The application of John P. Gleason, Esq., of Gleason &Koatz, LLP, 230 Park Avenue, Suite 2430, New York, New York 10169 to appear before this Court pro hac vice is denied without prejudice. Signed by Judge Reggie B. Walton on 4/04/08. (lcrbw3, ) (Entered: 04/04/2008) |
| 04/10/2008 | 8 | | First MOTION for Leave to Appear Pro Hac Vice :Attorney Name– John P. Gleason, :Firm– Gleason &Koatz, LLP, :Address– 230 Park Avenue, New York, New York 10169. Phone No. – 212–986–1544. Fax No. – 212–986–1379 by REPUBLIC OF ARGENTINA (Attachments: # 1 Declaration of Paul Haar in Support of Motion, # 2 Declaration of Service, # 3 Text of Proposed Order, # 4 Exhibit A: Declaration of John P. Gleason, # 5 Exhibit B: Certificate of Good Standing New York, # 6 Exhibit C: Certificate of Good Standing New Jersey)(Haar, Paul) (Entered: 04/10/2008) |
| 04/11/2008 | 9 | | First MOTION Seal Case as Confidential by REPUBLIC OF ARGENTINA (Attachments: # 1 Declaration of Service, # 2 Text of Proposed Order, # 3 Exhibit A: Procedural Order No. 1, # 4 Exhibit B: Procedural Order No. 1 Translation, # 5 Exhibit C: Procedural Order No. 3, # 6 Exhibit D: Procedural Order No. 3 Translation, # 7 Exhibit E: Petition to Vacate or Modify Arbitration Award, # 8 Declaration of Paul Haar in Support of Motion)(Haar, Paul) (Entered: 04/11/2008) |
| 04/11/2008 | 10 | | Consent MOTION for Extension of Time to *File its Opposition to the Petition to Vacate or Modify Arbitration Award filed Petitioner the Republic of Argentina* by BG GROUP PLC (Yde, Paul) (Entered: 04/11/2008) |
| 04/11/2008 | | | MINUTE ORDER granting 8 Motion for Leave to Appear Pro Hac Vice. The Court having reviewed the Motion to Appeal Pro Hac Vice filed on behalf of John P. Gleason, Esq., of Gleason &Katz, LLP, 230 Park Avenue, Suite 2430, New York, New York 10169, and it appearing to the Court that there is good cause to grant the relief requested therein, it is ORDERED that the motion is GRANTED. It is further ORDERED that John P. Gleason, Esq., of Gleason &Katz, LLP, 230 Park Avenue, Suite 2430, New York, New York 10169, is admitted to practice before this Court pro hac vice. Signed by Judge Reggie B. Walton on 4/11/08. (lcrbw3, ) (Entered: 04/11/2008) |
| 04/14/2008 | | | MINUTE ORDER granting 10 Motion for Extension of Time. The Court having reviewed the Respondent's Consent Motion for Extension of Time, and based upon the consent of the petitioner as represented to the Court by the respondent, it is ORDERED that the motion is GRANTED. It is further ORDERED that the respondent shall file his opposition to the petition in this case on or before May 15, 2008. It is further ORDERED that the petitioner shall file his reply in support of his petition on or before June 23, 2008. Signed by Judge Reggie B. Walton on 4/14/08. (lcrbw3, ) (Entered: 04/14/2008) |
| 04/15/2008 | | | Set/Reset Deadlines: Opposition to petition due by 5/15/2008 Reply in support of petition due by 6/23/2008. (mpt, ) (Entered: 04/15/2008) |
| 04/16/2008 | | | MINUTE ORDER granting 9 Motion. The Court having reviewed the plaintiff's Motion to Seal the Case in This Action As Confidential, and it appearing to the Court that there is good cause to grant the relief requested therein, it is ORDERED that the motion is GRANTED. It is further ORDERED that the Clerk of the Court shall maintain this case under seal. Signed by Judge Reggie B. |

|            |    |   |                                                                                                                                                                                                                                                                                                                                                                                                              |
|------------|----|---|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    |   | Walton on 4/16/08. (lcrbw3, ) (Entered: 04/16/2008)                                                                                                                                                                                                                                                                                                                                                          |
| 05/15/2008 | 11 |   | RESPONSE re 1 Application to Vacate Arbitration Award, filed by BG GROUP PLC. (Attachments: # 1 Memorandum in Support, # 2 Certificate of Service, # 3 Compendium of Unreported Decisions, # 4 Declaration with exhibits 1 thru 13, # 5 Exhibit 14 thru 26, # 6 Exhibit 27 thru 40)(ztd, ) (Entered: 05/20/2008)                                                                                              |
| 05/15/2008 | 12 |   | Cross MOTION for recognition and enforcement or arbitral award by BG GROUP PLC (ztd, ) (Entered: 05/20/2008)                                                                                                                                                                                                                                                                                                 |
| 05/15/2008 | 13 |   | MOTION for a pre–judgement bond by BG GROUP PLC (ztd, ) (Entered: 05/20/2008)                                                                                                                                                                                                                                                                                                                                |
| 06/02/2008 | 14 |   | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Fernando Koatz, :Firm– GLEASON &KOATZ, LLP, :Address– 230 Park Avenue, Suite 2430, New York, New York 10169. Phone No. – (212) 986–1544. by REPUBLIC OF ARGENTINA (ztd, ) (Entered: 06/04/2008)                                                                                                                                                      |
| 06/10/2008 |    |   | MINUTE ORDER granting 14 Motion for Leave to Appear Pro Hac Vice. The Court having reviewed the Motion for Pro Hac Vice Admission of Fernando Koatz, and it appearing to the Court that there is good cause to grant the relief requested therein, it is ORDERED that the motion is GRANTED. It is further ORDERED that Fernando Koatz, Esq., of Gleason &Koatz, LLP, 230 Park Avenue, Suite 2430, New York, NY 10169, is admitted to practice before this Court pro hac vice. Signed by Judge Reggie B. Walton on 6/10/08. (lcrbw3, ) (Entered: 06/10/2008) |
| 06/20/2008 | 15 |   | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Elliot Friedman, :Firm– FRESHFIELDS BRUCKHAUS SERINGER US LLP, :Address– 520 Madison Avenue, 34th Floor, New York, New York 10022. Phone No. – (212) 277–4000. Fax No. – (212) 277–4001 by BG GROUP PLC (Attachments: # 1 Declaration, # 2 Declaration)(ztd, ) (Entered: 06/24/2008)                                                                  |
| 06/20/2008 | 16 |   | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Alexander A. Yanos, :Firm– FRESHFIELDS BRUCKHAUS DERINGER US LLP, :Address– 520 Madison Avenue, 34th Floor, New York, New York 10022. Phone No. – (212) 277–4000. Fax No. – (212) 277–4001 by BG GROUP PLC (Attachments: # 1 Declaration)(ztd, ) (Entered: 06/24/2008)                                                                                |
| 06/20/2008 | 17 |   | MOTION for Reconsideration re 4/16/08 Minute Order sealing the case by BG GROUP PLC (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(ztd, ) (Entered: 06/24/2008)                                                                                                                                                                                                                        |
| 06/20/2008 | 18 |   | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by BG GROUP PLC identifying Corporate Parent BG ENERGY CAPITAL PLC., Corporate Parent COMGAS S.A., Corporate Parent METROGAS S.A., Corporate Parent GUJARAT GAS COMPANY LTD, Corporate Parent QUEENSLAND GAS CO. LTD. for BG GROUP PLC. (ztd, ) (Entered: 06/24/2008)                                                   |
| 06/23/2008 | 19 |   | REPLY re 1 Application to Vacate Arbitration Award, filed by REPUBLIC OF ARGENTINA. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Text of Proposed Order, # 4 Certificate of Service)(ztd, ) (Entered: 06/25/2008)                                                                                                                                                                |

| | | | |
|---|---|---|---|
| 06/23/2008 | 20 | | Memorandum in opposition to re 13 MOTION for a pre–judgement bond, 12 MOTION for recognition and enforcement or arbitral award filed by REPUBLIC OF ARGENTINA; (See Docket Entry no. 19 to view document) (ztd, ) (Entered: 06/25/2008) |
| 06/29/2008 | | | MINUTE ORDER granting 15 Motion for Leave to Appear Pro Hac Vice. The Court having considered the Motion to Admit Counsel Pro Hac Vice filed on behalf of Elliot Friedman, Esq., and it appearing to the Court that there is good cause to grant the relief requested therein, it is ORDERED that the motion is GRANTED. It is further ORDERED that Elliot Friedman, Esq., of Freshfields Bruckhaus Deringer US LLP, 520 Madison Avenue, 34th Floor, New York, NY 10022, is admitted to practice before this Court pro hac vice. Signed by Judge Reggie B. Walton on 6/29/08. (lcrbw3, ) (Entered: 06/29/2008) |
| 06/29/2008 | | | MINUTE ORDER granting 16 Motion for Leave to Appear Pro Hac Vice. The Court having reviewed the Motion to Admit Counsel Pro Hac Vice filed on behalf of Alexander A. Yanos, Esq., and it appearing to the Court that there is good cause to grant the relief requested therein, it is ORDERED that the motion is GRANTED. It is further ORDERED that Alexander A. Yanos, Esq., of Freshfields Bruckhaus Deringers US LLP, 520 Madison Avenue, 34th Floor, New York, NY 10022, is admitted to practice before this Court pro hac vice. Signed by Judge Reggie B. Walton on 6/29/08. (lcrbw3, ) (Entered: 06/29/2008) |
| 06/30/2008 | 21 | | REPLY to opposition to 12 MOTION for recognition and enforcement or arbitral award filed by BG GROUP PLC. (Attachments: # 1 Declaration of E. Friedman in support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Certificate of Service)(zjf, ) (Entered: 07/01/2008) |
| 07/01/2008 | 22 | | Memorandum in opposition to re 17 MOTION for Reconsideration re Order on Motion for Miscellaneous Relief, filed by REPUBLIC OF ARGENTINA. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(ztd, ) (Entered: 07/03/2008) |
| 07/15/2008 | 23 | | ORDER granting 17 Motion for Reconsideration. Per the attached order, the defendant's motion for reconsideration is granted and the Court's April 16, 2008 minute order is vacated, but this case shall remain under seal unless and until ordered otherwise by the Court. Further, all parties shall appear before this Court on August 21, 2008, at 11:15 a.m. for a hearing on the merits of the plaintiff's motion to seal this case and the defendant's motion for a pre–judgment bond. This case is administratively reopened. Signed by Judge Reggie B. Walton on 7/15/08. (lcrbw3, ) (Entered: 07/15/2008) |
| 07/16/2008 | 24 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Fernando Koatz, :Firm– GLEASON &KOATZ, LLP, :Address– 230 Park Avenue, Suite 2430, New York, New York. Phone No. – (212) 986–1544. by REPUBLIC OF ARGENTINA (Attachments: # 1 Declaration, # 2 Text of Proposed Order, # 3 Certificate of Service)(ztd, ) (Entered: 07/17/2008) |
| 07/16/2008 | 25 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Joon Lee, :Firm– GLEASON &KOATZ, LLP, :Address– 230 Park Avenue, Suite 2430, New York, New York 10169. Phone No. – (212) 986–1544. by REPUBLIC OF ARGENTINA (Attachments: # 1 Declaration, # 2 Text of Proposed Order, # 3 Declaration)(ztd, ) (Entered: 07/17/2008) |

| | | | |
|---|---|---|---|
| 07/17/2008 | | | MINUTE ORDER granting 24 Motion for Leave to Appear Pro Hac Vice. The Court having considered the Motion for Pro Hac Vice Admission of Fernando Koatz, and it appearing to the Court that there is good cause to grant the relief requested therein, it is ORDERED that the motion is GRANTED. It is further ORDERED that Fernando Koatz, Esq., of Gleason &Koatz, LLP, 230 Park Avenue, Suite 2430, New York, NY 10169, is admitted to practice before this Court pro hac vice. Signed by Judge Reggie B. Walton on 7/17/08. (lcrbw3, ) Modified on 7/17/2008 (lcrbw3, ). (Entered: 07/17/2008) |
| 07/17/2008 | | | MINUTE ORDER granting 25 Motion for Leave to Appear Pro Hac Vice. The Court having considered the Motion for Pro Hac Vice Admission of Joon Lee, and it appearing to the Court that there is good cause to grant the relief requested therein, it is ORDERED that the motion is GRANTED. It is further ORDERED that Joon Lee, Esq., of Gleason &Koatz LLP, 230 Park Avenue, Suite 2430, New York, NY 10169, is admitted to practice before this Court pro hac vice. Signed by Judge Reggie B. Walton on 7/17/08. (lcrbw3, ) (Entered: 07/17/2008) |
| 08/19/2008 | | | Set/Reset Hearings: Motion Hearing set for 10/2/2008 03:00 PM in Courtroom 16 before Judge Reggie B. Walton. (zmpt, ) (Entered: 08/19/2008) |
| 09/23/2008 | 26 | | ORDERED that on or before 9/26/2008, the parties shall file supplemental memorandum of law addressing what standards, if any, should guide the exercise of this Court's discretion in determining whether to require the plaintiff to post a bond pending the resolution of this case as well as the authority, if any giving rise to such standards. Signed by Judge Reggie B. Walton on 9/22/08. (zmpt, ) (Entered: 09/23/2008) |
| 09/26/2008 | 27 | | SUPPLEMENTAL MEMORANDUM of points with regard to posting of bond to re 20 Memorandum in Opposition, 21 Reply to opposition to Motion, filed by REPUBLIC OF ARGENTINA. (ztd, ) (Entered: 09/29/2008) |
| 09/26/2008 | 28 | | RESPONSE TO ORDER OF THE COURT re 26 Order,, Set Deadlines, filed by BG GROUP PLC. (Attachments: # 1 Certificate of Service, # 2 Declaration)(ztd, ) (Entered: 10/02/2008) |
| 10/02/2008 | 29 | | ORDER re 9 First MOTION Seal Case as Confidential filed by REPUBLIC OF ARGENTINA. Per the attached order, the petitioner's motion to seal this case is denied. The Clerk of the Court shall unseal the docket for this case. Further, on or before October 7, 2008, the petitioner shall file its supplemental memorandum of law in opposition to the respondent's motion for a pre−judgment bond in accordance with the Court's oral instructions, if any it intends to file, and the respondent shall file its response to the petitioner's supplemental memorandum of law, if any it intends to file, on or before October 14, 2008. Signed by Judge Reggie B. Walton on 10/02/08. (lcrbw3, ) (Entered: 10/02/2008) |
| 10/02/2008 | | | Minute Entry for proceedings held before Judge Reggie B. Walton: Motion Hearing held on 10/2/2008 re Motion to Place Proceedings Under Seal; Heard and Denied in Open Court; (Court Reporter Phyllis Merana.) (zmpt, ) (Entered: 10/03/2008) |
| 10/03/2008 | | | Set/Reset Deadlines: Response to Supplemental Memorandum due by 10/14/2008 Supplemental Memorandum due by 10/7/2008. (zmpt, ) (Entered: 10/03/2008) |
| 10/03/2008 | | | ***Case Unsealed (ztd, ) (Entered: 10/03/2008) |

| | | | |
|---|---|---|---|
| 10/10/2008 | 30 | | MEMORANDUM by REPUBLIC OF ARGENTINA. (Attachments: # 1 Declaration of Service)(Gleason, John) (Entered: 10/10/2008) |
| 10/17/2008 | 31 | | SUPPLEMENTAL MEMORANDUM to *on the Applicability of the New York Convention* filed by BG GROUP PLC. (Attachments: # 1 Supplemental Declaration of Elliot Friedman in Support of Respondent's Memorandum of Law, # 2 Certificate of Service)(Yde, Paul) (Entered: 10/17/2008) |
| 11/21/2008 | 32 | | NOTICE of Change of Address by John P. Gleason (Gleason, John) (Entered: 11/21/2008) |
| 12/12/2008 | 33 | | TRANSCRIPT OF PROCEEDINGS before Judge Reggie B. Walton of proceedings held on 10–2–08; Page Numbers: 1–29. Court Reporter/Transcriber Phyllis Merana, Telephone number 202–354–3243, Court Reporter Email Address : phyllis_merana@dcd.uscourts.gov.<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<br><br>Redaction Request due 1/2/2009. Redacted Transcript Deadline set for 1/12/2009. Release of Transcript Restriction set for 3/12/2009.(Merana, Phyllis) (Entered: 12/12/2008) |
| 12/18/2008 | 34 | | MOTION for Leave to File *a Supplemental Memorandum in Support of Respondent's Motion for a Pre−Judgment Bond* by BG GROUP PLC (Attachments: # 1 Memorandum in Support of Respondent's Motion for Leave to File a Supplemental Memorandum in Support of Respondent's Motion for a Pre−Judgment Bond, # 2 Exhibit − Supplemental Memorandum in Support of Respondent's Motion for a Pre−Judgment Bond, # 3 Text of Proposed Order, # 4 Certificate of Service)(Yde, Paul) (Entered: 12/18/2008) |
| 12/24/2008 | 35 | | Consent MOTION for Extension of Time to File Response/Reply as to 34 MOTION for Leave to File *a Supplemental Memorandum in Support of Respondent's Motion for a Pre−Judgment Bond* by REPUBLIC OF ARGENTINA (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Gleason, John) (Entered: 12/24/2008) |
| 01/05/2009 | | | MINUTE ORDER granting 35 Motion for Extension of Time to File Response/Reply. The Court having considered Petitioner's Consent Motion for Extension of Time to File and Serve Opposition to Respondent's Motion to File a Supplemental Memorandum, and it appearing to the Court that there is good cause to grant the relief requested therein based upon the consent of the respondent as represented to the Court by the petitioner, it is ORDERED that the motion is GRANTED nunc pro tunc to January 2, 2009. It is further ORDERED |

| | | | |
|---|---|---|---|
| | | | that the petitioner shall file his opposition to the respondent's motion for leave to file a supplemental memorandum of law on or before January 9, 2009. Signed by Judge Reggie B. Walton on 1/05/09. (lcrbw3, ) (Entered: 01/05/2009) |
| 01/06/2009 | | | Set/Reset Deadlines: Opposition to motion for leave to file supplemental memorandum due by 1/9/2009 (mpt, ) (Entered: 01/06/2009) |
| 01/09/2009 | 36 | | Supplemental Memorandum in opposition to re 34 MOTION for Leave to File *a Supplemental Memorandum in Support of Respondent's Motion for a Pre−Judgment Bond* filed by REPUBLIC OF ARGENTINA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order Proposed Order)(Gleason, John) Modified on 1/12/2009 adding the word supplemental to text(td, ). (Entered: 01/09/2009) |
| 01/22/2009 | | | MINUTE ORDER granting 34 Motion for Leave to File. The Court having considered Respondent's Motion for Leave to File a Supplemental Memorandum of Law in Support of Respondent's Motion for a Pre−Judgment Bond, and the Court having received no opposition specific to that request from the petitioner, it is ORDERED that the motion is GRANTED. It is further ORDERED that the Clerk of the Court shall docket Exhibit A to the respondent's motion as a supplemental memorandum of law in support of the respondent's motion for a pre−judgment bond. Signed by Judge Reggie B. Walton on 1/22/09. (lcrbw3, ) (Entered: 01/22/2009) |
| 01/22/2009 | 37 | | SUPPLEMENTAL MEMORANDUM to re 13 MOTION for a pre−judgement bond filed by BG GROUP PLC. (td, ) (Entered: 01/23/2009) |
| 02/03/2009 | 38 | | First MOTION for Leave to File *Supplemental Memorandum* by REPUBLIC OF ARGENTINA (Attachments: # 1 Memorandum in Support of Motion For Leave to File Supplemental Memorandum, # 2 Certificate of Service, # 3 Text of Proposed Order, # 4 Exhibit A: Wintershall Decision, # 5 Exhibit B: Supplemental Memorandum)(Gleason, John) (Entered: 02/03/2009) |
| 02/17/2009 | 39 | | Memorandum in opposition to re 38 First MOTION for Leave to File *Supplemental Memorandum and in Opposition to Petitioner's Supplemental Memorandum* filed by BG GROUP PLC. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Yde, Paul) (Entered: 02/17/2009) |
| 02/20/2009 | 40 | | REPLY to opposition to motion re 38 First MOTION for Leave to File *Supplemental Memorandum REPLY TO MEMORANDUM OF RESPONDENT IN OPPOSITION* filed by REPUBLIC OF ARGENTINA. (Gleason, John) (Entered: 02/20/2009) |
| 09/14/2009 | 41 | | ENTERED IN ERROR..... MOTION for Leave to File *supplemental memo of law − declaration of service* by REPUBLIC OF ARGENTINA (Gleason, John) Modified on 9/14/2009 (znmw, ). (Entered: 09/14/2009) |
| 09/14/2009 | 42 | | MOTION for Leave to File Supplemental Memorandum by REPUBLIC OF ARGENTINA (Attachments: # 1 Memorandum in Support, # 2 Exhibit Supplemental Memorandum, # 3 Certificate of Service, # 4 Text of Proposed Order)(znmw, ) (Entered: 09/14/2009) |
| 09/14/2009 | | | NOTICE OF CORRECTED DOCKET ENTRY: re 41 MOTION for Leave to File *supplemental memo of law − declaration of service* was entered in error and has been refiled as Docket Entry 42 .(znmw, ) (Entered: 09/14/2009) |

| | | | |
|---|---|---|---|
| 09/25/2009 | 43 | | Memorandum in opposition to re 42 MOTION for Leave to File *Supplemental Memorandum* filed by BG GROUP PLC. (Attachments: # 1 Declaration of Alexander A. Yanos in Support of Respondent's Memorandum of Points and Authorities, # 2 Certificate of Service)(Yde, Paul) (Entered: 09/25/2009) |
| 03/31/2010 | 44 | | VACATED PURSUANT TO ORDER FILED 6/7/2010.....ORDER granting 13 Motion for Pre−Judgment Bond. The respondent's motion for a pre−judgment bond is granted, and the petitioner shall post a bond in the amount of $225,498,900.68 no later than sixty days from the issuance of the forthcoming Memorandum Opinion. Furthermore, this case is stayed and administratively closed until the petitioner has posted the bond set forth in this Order or until further notice from the Court. The petitioner also shall file a status report within fourteen days from the issuance of the forthcoming Memorandum Opinion, informing the Court whether it intends to post the bond, withdraw its petition to vacate or modify the arbitral award, or appeal the Court's decision to the United States Court of Appeals for the District of Columbia Circuit. Finally, this Order shall not be deemed a final order subject to appeal until the Court has issued its Memorandum Opinion. Signed by Judge Reggie B. Walton on 3/31/2010 (lcrbw1). Modified on 6/8/2010 (znmw, ). (Entered: 03/31/2010) |
| 04/01/2010 | | | Case Stayed (mpt, ) (Entered: 04/01/2010) |
| 04/30/2010 | | | NOTICE is hereby given that due to the complexity of the Court's calendar and superseding matters, the Court is unable to issue the memorandum opinion consistent with its March 31, 2010 Order on the respondent's motion for a pre−judgment bond within thirty days of that Order as originally intended. The Court intends to issue the memorandum opinion within the next thirty days. Signed by Judge Reggie B. Walton on April 30, 2010 (lcrbw1). (Entered: 04/30/2010) |
| 06/07/2010 | 45 | | MEMORANDUM OPINION. Signed by Judge Reggie B. Walton on 6/7/2010 (lcrbw1). (Entered: 06/07/2010) |
| 06/07/2010 | 46 | 13 | ORDER denying 1 Petition to Vacate or Modify Arbitration Award; denying 13 Motion for a Pre−Judgment Bond. The Order issued by the Court on March 31, 2010, is vacated, the stay in this case is lifted, and the case is administratively reopened. The petitioner's Petition to Vacate or Modify Arbitration Award is denied, and the respondent's Cross−Motion for a Pre-Judgment Bond is denied as moot. The petitioner shall file a supplemental memorandum explaining its reasons why the Court should refrain from confirming the Award pursuant to Article V(1)(c) of the New York Convention, if any it intends to file, on or before June 30, 2010; the respondent shall file its memorandum in opposition to the petitioner's supplemental memorandum, if any it intends to file, on or before July 21, 2010; and the petitioner shall file its brief in reply to the respondent's opposition memorandum, if any it intends to file, on or before July 30, 2010. Finally, the parties shall appear before the Court at 9:30 a.m. on August 13, 2010, for a hearing on the merits of the respondent's motion to confirm the Award. Signed by Judge Reggie B. Walton on 6/7/2010 (lcrbw1). (Entered: 06/07/2010) |
| 06/08/2010 | | | Set/Reset Deadlines/Hearings: Supplemental Memorandum due by 6/30/2010; Opposition to Supplemental Memorandum due by 7/21/10; Reply due by 7/30/10; Motion Hearing re (Merits on MOtin to Confirm the Award) set for 8/13/2010 09:30 AM in Courtroom 16 before Judge Reggie B. Walton. (mpt, ) |

|  |  |  |  |
|---|---|---|---|
|  |  |  | (Entered: 06/08/2010) |
| 06/21/2010 |  |  | MINUTE ORDER. Due to a scheduling conflict, it is ORDERED that the June 7, 2010 Order is AMENDED to reflect that the hearing on the merits of the respondent's motion to confirm the arbitral award that was originally scheduled for 9:30 a.m. on August 13, 2010, is now scheduled for 9:30 a.m. on August 18, 2010. Signed by Judge Reggie B. Walton on 6/21/2010 (lcrbw1). (Entered: 06/21/2010) |
| 06/21/2010 |  |  | Set/Reset Hearings: Motion Hearing reset for 8/18/2010 09:30 AM in Courtroom 16 before Judge Reggie B. Walton. (mpt, ) (Entered: 06/21/2010) |
| 06/30/2010 | 47 |  | SUPPLEMENTAL MEMORANDUM to *explain reasons why court should refrain from confirming the Award pursuant to Article V(1)(c) of the New York Convention (See Document No. 46)* filed by REPUBLIC OF ARGENTINA. (Gleason, John) (Entered: 06/30/2010) |
| 07/01/2010 | 48 | 12 | NOTICE OF APPEAL as to 46 Order,,,, by REPUBLIC OF ARGENTINA. Filing fee $ 455, receipt number 0090–2226051. Fee Status: Fee Paid. Parties have been notified. (Gleason, John) (Entered: 07/01/2010) |

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ARGENTINE REPUBLIC, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BG GROUP PLC, )<br>)<br>Respondent. )<br>) | Case No. 08-485 (RBW) |

**NOTICE OF APPEAL**

Notice is hereby given that The Argentine Republic, petitioner in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order dated June 7, 2010 that denied petitioner's Petition to Vacate or Modify an arbitration award entered in this action on June 7, 2010.

Date: June 23, 2020
      New York, New York

/s/ *John P. Gleason*
/s/ *Fernando Koatz*
   John P. Gleason
   Fernando Koatz

**TO**: Clerk of the Court

Paul L. Yde, Esq.
Freshfields Bruckhaus Deringer US LLP
701 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Attorneys for Respondent BG Group PLC

Gleason & Koatz, LLP
122 East 42nd Street
New York, New York 10168
(212) 986-1544
jgleason@gleasonkoatz.com
fkoatz@gleasonkoatz.com
Attorneys for Petitioner The Argentine Republic

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
REPUBLIC OF ARGENTINA,              )
                                    )
            Petitioner,             )
                                    )
    v.                              )   Civil Action No. 08-485 (RBW)
                                    )
BG GROUP PLC,                       )
                                    )
            Respondent.             )
_____)

**ORDER**

In accordance with the Memorandum Opinion issued on this same date, it is

**ORDERED** that the Order issued by the Court on March 31, 2010, is **VACATED**. It is further

**ORDERED** that the stay in this case is **LIFTED**, and the case is **ADMINISTRATIVELY REOPENED**. It is further

**ORDERED** that the petitioner's Petition to Vacate or Modify Arbitration Award is **DENIED**. It is further

**ORDERED** that the respondent's Cross-Motion for a Pre-Judgment Bond is **DENIED** as moot. It is further

**ORDERED** that the petitioner shall file a supplemental memorandum explaining its reasons why the Court should refrain from confirming the Award pursuant to Article V(1)(c) of the New York Convention, if any it intends to file, on or before June 30, 2010. It is further

2

**ORDERED** that the respondent shall file its memorandum in opposition to the petitioner's supplemental memorandum, if any it intends to file, on or before July 21, 2010. It is further

**ORDERED** that the petitioner shall file its brief in reply to the respondent's opposition memorandum, if any it intends to file, on or before July 30, 2010. It is further

**ORDERED** that the parties shall appear before the Court at 9:30 a.m. on August 13, 2010, for a hearing on the merits of the respondent's motion to confirm the Award.

**SO ORDERED** this 7th day of June, 2010.

REGGIE B. WALTON<br>
United States District Judge