UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA

---------------------------------------X
THE REPUBLIC OF ARGENTINA,              )
                                        )   Case No. 08-0485 (RBW)
                                        )
                   Petitioner,          )
   -against-                            )
                                        )   CONSENT MOTION
                                        )
                                        )
BG GROUP PLC.,                          )
                                        )
                   Respondent.          )
                                        )
---------------------------------------X

**WHEREAS**, the Court has ordered the parties to appear before it on August 18, 2010;

**WHEREAS**, Mr. Gabriel Bottini, an Argentine attorney and in–house counsel for the Petitioner, requests permission to appear before and address the Court on August 18, 2010 (or on such adjourned date as the Court may order) and Respondent has no objection thereto; and

1

WHEREAS, Respondent requests and Petitioner agrees to postpone the hearing now scheduled for August 18, 2010 to a date in September 2010 to be determined by the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED,

THAT, the hearing scheduled for August 18, 2010 at 9:30 a.m. is hereby re-scheduled to take place on September ___, 2010 at ___ o'clock in the _____ noon of that day; and

IT IS FURTHER STIPULATED, AGREED AND ORDERED,

THAT, Mr. Gabriel Bottini, an Argentine Attorney for Petitioner, be and hereby is permitted to appear before and address this Court on the date and at the time above written, and not otherwise without further order of this Court.

Dated: New York, New York
       August 3, 2010

FRESHFIELDS BRUCHAUAS DERINGER, LLP
Attorneys for BG Group PLC

By: /s/ *Elliot Friedman*
    Elliot Friedman, Esq.

 520 Madison Avenue
New York, New York 10022
(212) 277-4000

| | |
|---|---|
| Dated: New York, New York<br>August 3, 2010 | GLEASON & KOATZ, LLP<br>Attorneys for Republic of Argentina<br><br>By: /s/ *John P. Gleason*<br>      John P. Gleason, Esq.<br><br>122 East 42nd Street<br>New York, NY  10168<br>Tel:  (212) 986-1544 |

SO ORDERED
This [___] Day Of August 2010 at
Washington, D.C.

_____
 Reggie B. Walton
 United States District Judge