# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 10-7092**  **September Term 2010**

1:08-cv-00485-RBW

Filed On: October 22, 2010

Republic of Argentina,

    Appellant

v.

BG Group, PLC,

    Appellee



**BEFORE:** Sentelle, Chief Judge; and Rogers and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the motion to dismiss, the opposition thereto, and the reply, it is

**ORDERED** that the motion to dismiss be granted and that this appeal be dismissed. The district court's order filed June 7, 2010, is not a final appealable decision under 28 U.S.C. § 1291, because it resolves fewer than all of the claims of all of the parties. See Fed. R. Civ. P. 54(b); Robinson-Reeder v. American Council on Education, 571 F.3d 1333, 1337 (D.C. Cir. 2009). Nor is the order appealable under the collateral order exception to the finality requirement. See Coopers & Lybrand v. Livesay 437 U.S. 463, 468 (1978) (to qualify, "the order must conclusively determine the disputed question, resolve an important issue completely separate from the merits of the action, and be effectively unreviewable on appeal from a final judgment").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By:_____ Deputy Clerk