# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                        )
REPUBLIC OF ARGENTINA,                  )
                                        )
        Petitioner,                    )
                                        )
  v.                                    )   Civil Action No. 08-485 (RBW)
                                        )
BG GROUP PLC,                           )
                                        )
        Respondent.                    )
_____)

## ORDER

In accordance with the Memorandum Opinion issued on this same date, it is

**ORDERED** that the parties shall appear before the Court for a hearing at 2:00 p.m. on February 3, 2011.

**SO ORDERED** this 21st day of January, 2011.

                                            REGGIE B. WALTON
                                            United States District Judge