# Gleason & Koatz, LLP

122 EAST 42ND STREET
NEW YORK, NEW YORK 10168
www.gleasonkoatz.com

February 21, 2011

Hon. Reggie B. Walton
United States District Court Judge
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: The Republic of Argentina v. BG Group PLC
    Civil Action No. 08-485 (RBW)

May It Please the Court:

My firm represents Petitioner The Republic of Argentina ("Argentina") in the above-referenced action currently before Your Honor.

Pursuant to Your Honor's order dated February 17, 2011, I provide herein the position of Argentina with regard to the amount of interest payments allegedly owed by Argentina to BG Group PLC as of February 23, 2011.

Argentina believes that the underlying arbitral award (which it requested this Court vacate or modify) is inaccurate and thereby invalid in several regards.

Therefore, the position of Argentina is that the amount of interest cannot be determined since the award is invalid.

Respectfully submitted,

Gleason & Koatz, LLP

By: _____
John P. Gleason