UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLIC OF ARGENTINA,<br><br>        Petitioner,<br><br>    v.<br><br>BG GROUP PLC,<br><br>        Respondent. | )<br>)<br>)<br>)<br>)   Civil Action No. 08-485 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM ON JUDGMENT AND INTEREST
PAYABLE BY ARGENTINA TO BG GROUP PLC**

Pursuant to the Court's Memorandum Opinion dated January 21, 2011, and the Court's Minute Order of February 17, 2011, Respondent BG Group Plc hereby submits in this Memorandum the total amount payable by Petitioner to Respondent, including a calculation of the amount of interest owing as of February 23, 2011.

The total amount of accrued interest payable by Petitioner to Respondent as of February 23, 2011 will be $49,030,907.35.  See Declaration of Alexander A. Yanos of February 22, 2011, Exhibit A.  Accordingly, the Respondent respectfully requests that a final order be entered in its favor in the total amount of **$238,911,573.10**, which comprises: (*i*) compensation in the amount of $185,285,485.85; (*ii*) interest on (*i*) to February 23, 2011 in the amount of $49,030,907.35; (*iii*) costs of the arbitration in the amount of $247,300; and (*iv*) legal fees and expenses of the arbitration in the amount of $437,073 and $3,910,806.90 (£2,414,141.10 converted into U.S. Dollars at the February 18, 2011 rate of US$1 = £0.6173).  See Award, paragraph 467.

Counsel for Respondent understands that Petitioner does not dispute the calculations set out herein.

Dated: February 22, 2011
New York, New York

Respectfully submitted,

FRESHFIELDS BRUCKHAUS
DERINGER US LLP

by: /s/ Alexander A. Yanos

Alexander A. Yanos
Elliot Friedman
520 Madison Avenue
34th Floor
New York, New York 10022
(212) 277 4000
alexander.yanos@freshfields.com

*Attorneys for BG Group Plc*