UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE REPUBLIC OF ARGENTINA<br><br>  Petitioner,<br>-against-<br><br><br>BG GROUP PLC.<br>  Respondent. | Case No. 08-0485 (RBW) |

REPUBLIC OF ARGENTINA'S RESPONSE TO MINUTE
ORDER OF THE COURT

Gleason & Koatz, LLP
122 East 42 Street
New York, New York 10168
(212) 986-1544
Attorneys to Petitioner

Pursuant to the Court's Memorandum Opinion dated January 21, 2011, and the Court's Minute Order dated February 17, 2011, Gleason & Koatz, LLP responds to the Court request that the parties submit calculations on behalf of Republic of Argentina with regard to the amount of interest payments allegedly owed by Argentina to BG Group PLC as of February 23, 2011.

Argentina believes that the underlying arbitral award (which it requested this Court vacate or modify) is inaccurate and thereby invalid in several regards.

Argentina does not recognize BG Group PLC's determination or calculation of interest because it is based on an unacceptable award.

Therefore, the position of Argentina is that the amount of interest cannot be determined since the award is invalid.

Respectfully submitted,

Gleason & Koatz, LLP

By: /s/ John P. Gleason
John P. Gleason

122 East 42nd Street, Suite 518
New York, New York 10168
(212) 986-1544
Attorney for Petitioner
Republic of Argentina