UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
REPUBLIC OF ARGENTINA,              )
                                    )
            Petitioner,             )
                                    )
    v.                              )    Civil Action No. 08-485 (RBW)
                                    )
BG GROUP PLC,                       )
                                    )
            Respondent.             )
_____)

**ORDER**

In accordance with the Memorandum Opinion issued on January 21, 2011, it is

**ORDERED** that the respondent's cross-motion to confirm the arbitral award issued on December 24, 2007, is **GRANTED**. It is further

**ORDERED** that **FINAL JUDGMENT** is entered in favor of the respondent and against the petitioner in the amount of $238,911,573.10, which represents the sum of $185,285,485.85 in damages, $247,300 for the costs of the arbitration, $4,347,879.90 for incurred legal fees and expenses, and $49,030,907.35 in interest. It is further

**ORDERED** that post-judgment interest at the rate provided for in 28 U.S.C. § 1961 shall be applied if payment under this Order is not made by the petitioner to the respondent on or before March 31, 2011. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 23rd day of February, 2011.

                                        REGGIE B. WALTON
                                        United States District Judge