# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ARGENTINE REPUBLIC, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) |
| | ) Case No. 08-485 (RBW) |
| BG GROUP PLC, | ) |
| | ) |
| Appellee. | ) |
| | ) |

## NOTICE OF APPEAL

Notice is hereby given that The Argentine Republic, Appellant in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Orders (the "Orders") dated June 7, 2010, January 21 2011 and February 23, 2011 issued by the United States District Court for the District of Columbia that, respectively, a) denied Argentina's Petition to Vacate or Modify Arbitration Award; b) confirmed the Award granting BG damages in the amount of $238,911.10, which represents the sum of $185,285,485.85 in damages, $243,300 for the costs of the arbitration, $4,347,879.90 for incurred legal fees and expenses and $49,030,907.35; and c) ordered the payment of post-judgment interest at the rate provided for in 28 U.S.C.§ 1961.

Date: March 18, 2011
New York, New York

/s/ *John P. Gleason, Esq.*
/s/ *Fernando Koat, Esq.*
John P. Gleason
Fernando Koatz

**TO:** Clerk of the Court

Paul L. Yde, Esq.
Freshfields Bruckhaus Deringer US LLP
701 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Gleason & Koatz, LLP
122 East 42nd Street
New York, New York 10168
(212) 986-1544
jgleason@gleasonkoatz.com

Attorneys for Appelle BG Group PLC

fkoatz@gleasonkoatz.com
Attorneys for Appellant The Argentine Republic